## RECONSIDERATION DOCKET

**95–1266.** Woodrum v. Premier Auto Glass Co. *Fairfield County*, No. 94CA60. Reported at 74 Ohio St.3d 1443, 656 N.E.2d 344. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**95–1354.** State v. May. *Hamilton County*, No. C–940862. Reported at 74 Ohio St.3d 1443, 656 N.E.2d 344. On motion for reconsideration. Motion denied.

**95–1394.** Cleveland v. Halberg. *Cuyahoga County*, No. 67309. Reported at 74 Ohio St.3d 1443, 656 N.E.2d 344. On motion for reconsideration. Motion denied.

**95–1491.** In re Foreclosure of Liens for Delinquent Land Taxes. *Franklin County*, No. 94APE10–1463. Reported at 74 Ohio St.3d 1444, 656 N.E.2d 345. On motion for reconsideration. Motion denied.

**95–1982.** State v. Jonsson. *Marion County*, No. 9–95–16. Reported at 74 Ohio St.3d 1443, 656 N.E.2d 344. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.